NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LORENZO ZELLNER,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2012-7151

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-3911, Judge William A. Moorman.

---

**JUDGMENT**

---

SEAN A. RAVIN, of Washington, DC, argued for claimant-appellant.

MARTIN F. HOCKEY, JR., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, and TODD M. HUGHES,

Deputy Director. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and MARTIE ADELMAN, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was CLEVELAND KARREN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (RADER, *Chief Judge,* PROST, and REYNA, *Circuit Judges*).

## AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT


September 13, 2013          /s/  Daniel E. O'Toole
          Date                        Daniel E. O'Toole
                                           Clerk